# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137316 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 137316
                                      COA: 283421

MARK EARL WHITE,
     Defendant-Appellant.
                                      Saginaw CC: 06-028350-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

d1117

Clerk